■ The People of the State of New York, Respondent, v Charles Miller, Appellant. [994 NYS2d 314]—

Appeal by the defendant from an order of the Supreme Court, Queens County (Harrington, J.), dated June 28, 2012, which denied his motion for resentencing pursuant to CPL 440.46 on his conviction of criminal possession of a controlled substance in the third degree, which sentence was originally imposed, upon his plea of guilty, on July 7, 1989. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]) in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the appeal is dismissed as academic; and it is further,

Ordered that assigned counsel's application for leave to withdraw as counsel is denied as academic.

Inasmuch as the maximum term of the defendant's sentence expired during the pendency of this appeal, the appeal has been rendered academic (*see People v Paulin,* 17 NY3d 238, 242 [2011]; *People v Smith,* 120 AD3d 720 [2014]; *People v Verdejo,* 112 AD3d 761 [2013]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.